UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON OSBUN, | No.  2:26-cv-1773 AC P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO SHERIFF'S OFFICE, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Instead, plaintiff submitted an inmate slip request to show he requested "someone authorized to manage inmate trust accounts to complete this declaration, sign, and attach a copy of my account statement," and El Dorado County jail responded that "[t]his is not the proper documentation for certification of funds."  ECF No. 2 at 3.  Plaintiff also attaches a "Resident Account Summary" from the date of his admission.  Id. at 5.  However, the Resident Account Summary is not *certified*.

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis.  If plaintiff is unable to obtain a signed declaration from an authorized officer, he must

1

include with his application, a *certified copy of his inmate trust account statement*.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a complete application to proceed in forma pauperis with a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 22, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE